# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC BOWMAN,**

    **Plaintiff,**

**v.**                                                                            **Case No:   6:13-cv-614-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d) (Doc. No. 24) filed September 4, 2014.

On October 1, 2014, the United States Magistrate Judge issued a report (Doc. No. 29) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d) is **GRANTED IN PART AND DENIED IN PART**.

3. Fees shall be awarded as follows:

```
Carol Avard  2013--26.6 hours at $187.25 =     $4,980.85
             2014–.8 hours at $191.25 =           153.00
                            Sub-Total:         $5,133.85
Mark Zakhvatayev 2013–4.6 hours at $187.25 =      861.35
             2014–2.3 hours at $191.25 =          439.88
                            Sub-Total:         $1,301.23
Paralegal--0
                    Total Attorney Fee:        $6,435.08
```

4. The Commissioner shall determine whether Plaintiff owes a debt to the government. If Plaintiff does not owe any such debt, the Commissioner will accept Plaintiff's Assignment of EAJA fees and will pay the fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 22, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party