# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC BOWMAN,**

        **Plaintiff,**

**v.**                                                                    **Case No:   6:13-cv-614-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Uncontested Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. 406(b) (Doc. No. 31) filed December 8, 2015.

On December 9, 2015, the United States Magistrate Judge issued a report (Doc. No. 32) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Uncontested Petition and Memorandum in Support for Reasonable Attorney Fees Pursuant to 42 U.S.C. 406(b) is **GRANTED**. Plaintiff's counsel is awarded a fee of $20,714.00, conditioned upon return of the $6,464.67 EAJA fee payment, resulting in a net fee of $14,278.92 paid out of the past due benefits awarded to Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 29, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party